# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO M. SHEPARD, | 2:05-cv-00791-BES-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| DEPT. OF EMPLOYMENT, TRAINING & REHABILITATION, etc., | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#13) ("Recommendation") entered on March 30, 2007, in which the Magistrate Judge recommends that this Court enter an order dismissing the instant action for failure to state a claim. No objections have been filed.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#13) entered on March 30, 2006, is adopted and accepted without

///
///
///
///

1

modification. Thus, in accordance with the Report and Recommendation, this action is DISMISSED.

IT IS SO ORDERED.

DATED: This 19th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE